for further consideration in light of *Santa Fe Independent School Dist.* v. *Doe, ante,* p. 290.

No. 99–1264. BROWN *v.* O'DEA, WARDEN. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Taylor,* 529 U. S. 362 (2000).

No. D–2148. IN RE DISBARMENT OF STONE. Disbarment entered. [For earlier order herein, see 529 U. S. 1035.]

No. D–2149. IN RE DISBARMENT OF RASKIN. Disbarment entered. [For earlier order herein, see 529 U. S. 1035.]

No. D–2150. IN RE DISBARMENT OF KORONES. Disbarment entered. [For earlier order herein, see 529 U. S. 1035.]

No. D–2152. IN RE DISBARMENT OF HALEY. Disbarment entered. [For earlier order herein, see 529 U. S. 1036.]

No. D–2153. IN RE DISBARMENT OF SCALF. Disbarment entered. [For earlier order herein, see 529 U. S. 1050.]

No. D–2154. IN RE DISBARMENT OF ADAMS. Disbarment entered. [For earlier order herein, see 529 U. S. 1051.]

No. D–2156. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see 529 U. S. 1051.]

No. D–2159. IN RE DISBARMENT OF BLACK. Disbarment entered. [For earlier order herein, see 529 U. S. 1085.]

No. D–2165. IN RE DISBARMENT OF TAMER. David Ferris Tamer, of Winston-Salem, N. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on May 22, 2000 [529 U. S. 1127], is discharged.

No. D–2166. IN RE DISBARMENT OF CARROLL. Daniel G. Carroll, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.